IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Desmond V. Gayle

**Name of Plaintiff(s)**

v.

Manager of United States Postal Service Lancaster P.A. 176 (DIV)

**Name of Defendant(s)**

1 : CV01-0110

Civil Case No.

Judge

(Number and Judge to be assigned by court)

JAN 18 2001

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ✓  I am willing to pursue my claims in this action under the provisions of The Prison Litigation Reform Act, understand that pursuing my claim requires payment of a partial filing and deduction of sums from my prison account when funds ex until the filing fee of $150.00 has been paid in full.

2. ✓  I have enclosed an executed Authorization form which autho the Institution holding me in custody to transmit to the Cl a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim which relief may be granted?  Yes ____  No ✓

   (a) If the answer is "yes," are you now seeking relief because yo are under imminent danger of serious physical injury?
   Yes ____  No

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ____ No ✓

   (b) If yes, what is your monthly compensation? $_____

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ____ No ✓

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   _____

   _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  15th JANUARY 2001        *S. V. Gayle*
             (Date)                    (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.