# AUTHORIZATION
(Prisoner's Account Only)

**1:CV01-0110**

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _Desmond V. Gayle_ , request and authorize the agency holding me in custody

to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania

certified copy of the statement for the past six months of my trust fund account (or institutional equivalent)

at the institution where I am incarcerated.   I further request and authorize the agency holding me in custody

to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified

by 28 U.S.C § 1915(b).

    This authorization is furnished in connection with the filing of a civil action, and I understand

the filing fee for the complaint is $150.00.   I also understand that the entire filing fee will be deducted from

my account regardless of the outcome of my civil action.   This authorization shall apply to any other

agency into whose custody I may be transferred.

Date: _15th JANUARY 2001_

_V. Gayle_

Signature of Prisoner