Judge's Copy

United States District Court
Middle District of Pennsylvania
P.O. Box 983
Harrisburg, P.A. 17108
February, 14, 2001

FILED
HARRISBURG, PA
FEB 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

In the Matter of
Gayle V. United States Post Office
[Judge William W. Caldwell]
Forward Documents to the Judge

Re 1:01-cv-00110
signature D. V. Gayle

Motion To Obtained Proof Of Documents
From the Clerk of the Court
At Scranton Pennsylvania
District Court And Forward to the J[udge]

I Desmond V. Gayle, Asking the
Court to obtained All the Documents
of Proof, that I have sent to t[he]
Court, Explaining that the Post Offi[ce]
was "Turning Back" my Mail, For a
Period of About four months [August-No[v]