1:01 CV 110

FILED
SCRANTON
MAR 28 2001
PER _LWT_ DEPUTY CLERK

York County Prison
3400 Concord Road
York, P.A. 17402
Date/March/23/2001
ID# 55438
Desmond. V. Gayle
A.K.A - Roylin, Sawyer
?, V. Gayle

To Mary E. D'Andrea
Clerk of Court.

United States District Court,
Middle District of Pennsylvania.
William J. Nealon Federal Bldg.
U.S. Courthouse,
235 North Washington Avenue.
P.O. Box 1148.
Scranton, P.A. 18501-1148.

I Need of Legal Assistance, Because of Mentol handicap, I Connot Defend self, Properly in

Dear Clerk of Court,   I am a Patient of New York Mid-Hudson. Psychiatric, Hospital. I have a Mental i Today I am applying to your Court, For Legal Ass to obtained a Federal Public Defender, Defend Civil Lawsuit, against York County Prison, violated my Civil-Rights, in the Medical Departm March 20th (tuesday) 2001, at approximately 4:00p the same Public Defender, I would like to Defen ase civil No. 1:CV-00-0110 that is already in