JUDGE'S COPY

**FILED**
APR 17 2001
PER _____ (W)
HARRISBURG, PA.   DEPUTY CLERK

To: The Clerk of Court,
United States District Court,
228 Walnut Street,
P.O. Box 983.
Harrisburg, P.A. 17108.

York County Pri[son]
3400 Concord R[d]
York, P.A. 174[__]
Date/April/12/[__]
ID # 55438
Desmond V. Gay[le]
A.K.A = Roylin Saw[yer]
D.V. Gayle

RE: Civil Case No. 00-CV-0110
Desmond V. Gayle V. United States Post Off[ice]
Judge: William W. Cald[well]

Dear Clerk of Court, I am a Diognoist patient [of]
Mid-Hudson psychiatric Hospital. I do have [a]
Mental illness, and can no longer handle [the]
Legal work in your Court. I take medic[ation]
Periodically. When I was in the Hospital, for ten
(10 months) I was under the name Roylin Sawyer. D[__]

on my case. I need a Federal Public Defen[der] to Defend me on this case CV-00-011[0] Post office V. Desmond Gayle

at this time, My Mental sickness Cann[ot] handle my case in your Court. Occationally I have to take ZYPREXA = Medications.

Please! I need Legal help at this time of my case.

I Am A Diognost, Certified, Recorded, An[d] Mentally sick Individual, Whose Rig[hts] has been Violated, by the United Stat[es] Postal Service in Lancaster Pennsy[lvania] over A four (4) Months period o[f] Year 2000 August to November. Please! I need Your sharp and Quick Responds in the mail, thank you. Your Respectf[ul] I would be very much thankfull.