FILED
HARRISBURG, PA
MAY 2 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

YorK County Prison,
3400 Concord Road
YorK, P.A. 17402

**Confidential Motion**

To: The Honorable Judge
William W. Caldwell. Date/Tuesday/May/22/20
United States
District Court,          ID # 55438,
228 Walnut Street,    Name-Desmond V. Gayl
Po Box 983            A.K.A - Roylin Sawyer.
Harrisburg, P.A. 17108.
                        Signature _____ V. Gay

Re: 1: 01 - CV - 00110 Gayle V United States Post
    Dear Honorable Judge,
                              Good Day
to you, you are Honor.

    I have been Corresponding with
the Court, or your Court, And I haven't
been getting back Any Replies, about
my Case against the United States post
- Office.

          Pleas! I need some form of Replies
The "Post office" still Continued to
stamp my mail and send it back
to me, a percentage of my Mail Return
to me, not Reaching their destination or
forwarding Address, the post office and
its Confederates Continue to Return my
Mail, at least most of it, this action
must stop, because its a federal Violatio

in the eyes of the Law of America.

I sent a letter to Valerie Turner
at 3600 Colonial Drive unit 72,
Mississauga, Ontario Canada,

And this letter I was stamp And
Return to me. today I place the stamped
envelope within this letter FOR PROOFF.
York County Prison Payed for
the postage of the above letter
that was Return to the Prison.

York County Prison Payed 0.80¢
in the upper Right hand Corner

It was stamp by Lancaster then
Return to York County Prison,

Lancaster Postal Agency is fully
Responsible for the Continuation
of All my mail including Legal mail
Return to York County Prison.

I am/Am Asking the Court to Appoint me
a Federal Public Defender, Because
I have a Mental sickness, And I am
Presently taking heavy Medication
Called Zyprexa. I cannot handle
my case at this stage, I need help legal
I am Asking For A Public Defender from the Gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 983

HARRISBURG, PA 17108

January 25, 2001

Desmond V. Gayle
CTY-YORK
York County Prison
55438
3400 Concord Road
York, PA 17402


Re:  1:01-cv-00110   Gayle v. United States Post O
     Judge: William W Caldwell

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of
this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

                          Very truly yours,

                          MARY E. D'ANDREA, Clerk

                          By: _____
                              Deputy Clerk

[ ] Petition For Writ of Habeas Corpus    [X] Complaint

[ ] Transfer From Other District            [ ] Other

NOTE:  Please be advised that in order for service to be made
       a U.S. Marshal Form 285 (form enclosed) must be completed
       for each named defendant and returned to the Clerk's
       Office at the above address.  Additional forms are
       available at the prison library or the U.S. Marshal's
       Office.  (This does not apply to Petitions for Writ of
       Habeas Corpus.)

Enclosed:  Notice of Consent regarding Magistrate Referral.


Date / tuesday / May / 22 / 2001